# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ARDIS LAVELLE WILSON,

*Plaintiff*

v.

WASHINGTON TRUST BANK, SPOKANE COUNTY, SPOKANE COUNTY PROSECUTORS OFFICE, LARRY HASKELL, EUGENE MICHAEL CRUZ, THOMAS J. KIZYMINSKI, et al.

*Defendant*

Civil Action No. 2:16-cv-00430-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The First Amended Complaint (ECF No. 10), and the claims therein, are DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Justin L. Quackenbush .

Date: 8/21/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen